AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EDWARD MAURICE TYLER

v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:17-cr-00208 (9)
4:24-cv-00189

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order signed November 1, 2024, the Magistrate Judge's Report and Recommendation is adopted. Tyler's 2255 Motion is denied and his request for discovery is dismissed as moot. The Court denies a Certificate of Appealability and movant is not entitled to appeal in forma pauperis. This case stands closed.



11/1/2024
Date

John E. Triplett, Clerk of Court
Clerk

*(signature)*
(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020